UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRANCE J. KELM (#549511)**                                    CIVIL ACTION

**VERSUS**

**22ND JUDICIAL DISTRICT COURT**                         NO. 19-00728-BAJ-EWD
**OF ST. TAMMANY PARISH, ET AL.**

## RULING AND ORDER

Before the Court is Plaintiff's *pro se* Amended Complaint (Doc. 5), which, liberally construed, alleges a violation of his constitutional rights in connection with his 2008 criminal conviction in the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana. Specifically, Plaintiff questions the performance of his public defender, and whether he received competent legal advice to plead guilty rather than proceed to trial. (Doc. 5 at 5).

Plaintiff, a prisoner, is proceeding *in forma pauperis*. Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a Report and Recommendation (Doc. 15), recommending that Plaintiff's federal claims be dismissed with prejudice as frivolous because they challenge the constitutionality of his conviction and are therefore barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).[1]

---

[1] This Court has previously explained that "claims of ineffective assistance of counsel are simply not cognizable in a § 1983 action." *Hamilton v. Damico*, No. 16-cv-178-SDD-RLB, 2016 WL 3166867, at *2 (M.D. La. Apr. 27, 2016) (Bourgeois, M.J.) (citing *Hudson v. Hughes*, 98 F.3d 868, 873 (5th Cir. 1996)), *report and recommendation adopted*, 2016 WL 3197132 (M.D. La. June 6, 2016) (Dick, J.). Rather, ineffective assistance of counsel claims must be pursued by collateral attack, first through post-conviction proceedings in state court, then by *habeas corpus* proceedings in federal court.

The Magistrate Judge further recommends that the Court decline to exercise supplemental jurisdiction over any potential state law claims. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Amended Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that all federal claims be and are hereby **DISMISSED WITH PREJUDICE**, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

A judgment will issue separately.

Baton Rouge, Louisiana, this 18th day of August, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**